

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

> Application denied.
>
> Should there be an opening in the Court's calendar, the Court will accommodate defense counsel's request to reschedule the sentencing to an earlier date.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            July 21, 2023

*Via ECF*
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re: United States v. Michael Vega,
            Case No. 23-cr-169 (PMH)

    I represent Michael Vega in the above matter. Mr. Vega's sentence was initially scheduled for August 31, 2023 at 10:00 am before Your Honor. However, on July 17, 2023, we received a rescheduling notice via ECF (docket #19) stating that the sentencing was adjourned to February 15, 2024 at 3:00 pm before Your Honor. I advised my client of the new date and he expressed some concerns. We are respectfully requesting that the sentencing be moved to an earlier date, should the Court be available.

    Thank you for Your Honor's time and consideration to this request.

                                    Respectfully submitted,
                                    s/ Lorraine Gauli-Rufo
                                    Lorraine Gauli-Rufo
                                    *Attorney for Michael Vega*

cc: Kaiya Arroyo, AUSA